UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RECEIVED

FILED
DEC 0 9 2002

| | | |
|---|---|---|
| LIPTON INVESTMENTS, LP<br>a Missouri Limited Partnership | ) | |
| Plaintiff, | ) | Cause No. 4:02CV0050AGF |
| vs. | ) | |
| TORSTEN BJERREGAARD,<br>an individual. | ) | |
| Defendant. | ) | |
| vs. | ) | |
| LIPTON INVESTMENTS, LP et al.<br>a Missouri Limited Partnership | ) | |
| Counterclaim Defendants. | ) | |

So ordered
Audrey G. Fleissig
December 7, 2002

## STIPULATION FOR DISMISSAL

COMES NOW, Plaintiff Lipton Investments, LP, and Defendant Torsten Bjerregaard and move this Court pursuant to FRCP 41(a)(2) to dismiss their respective causes of action, with prejudice, each party to bear its own costs pursuant to a certain Settlement Agreement between Plaintiff and Defendant.

A proposed Order is attached hereto.

::ODMA\PCDOCS\SL01\430019\1

Respectfully submitted,

GALLOP, JOHNSON & NEUMAN, L.C.

By: _____16280_____16280_____
John T. Walsh #4632
Peter D. Kerth #3550
Sam J. Alton #16280
101 South Hanley, 16th Floor
St. Louis, Missouri 63105
(314) 615-6000
(314) 615-6001 (Fax)

Attorneys for Plaintiff-Counterclaim Defendants Lipton Investments, L.P., AAA Fenton, L.L.C., AAA Overland, L.L.C., Storage Banc of St.Charles, L.L.C., Storage Banc of Florissant, L.L.C., and Storage Bank of Arnold, L.L.C.

By: ___Ellen W Dunne___
Ellen W. Dunne #3024
Blitz, Bardgett & Deutsch, L.C.
120 South Central, Suite 750
St. Louis, Missouri 63105

Attorneys for Defendant Torsten Bjerregaard

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 12/09/02 by mberg
                4:02cv50     Lipton Investments vs Bjerregaard

28:1332 Diversity-Other Contract

| Name | ID | Fax |
|---|---|---|
| Sam Alton | 105922 | 314-615-6001 |
| Robert Blitz | 2647 | 314-863-1877 |
| Ellen Dunne | 3024 | 314-863-1877 |
| Peter Kerth | 3550 | 314-615-6001 |
| John Walsh | 4632 | 314-615-6001 |

SCANNED & FAXED BY:
DEC - 9 2002
SAJ